[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

  

No. 96-2306

 UNITED STATES,

 Appellee,

 v.

 RONDA R. NICHOLS, A/K/A RONDA R. BURKE,

 Defendant, Appellant.

 

 ERRATA SHEET

 The opinion of this court issued on April 8, 1997 is amended
as follows:

 On cover sheet, the name of "[Hon. David M. Cohen, U.S.
Magistrate Judge]" should be changed to read "[Hon. D. Brock
Hornby, U.S. District Judge]."

 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-2306

 UNITED STATES,

 Appellee,

 v.

 RONDA R. NICHOLS, A/K/A RONDA R. BURKE,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MAINE

 [Hon. D. Brock Hornby, U.S. District Judge]

 

 Before

 Torruella, Chief Judge, 
 Campbell, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

Tina Schneider on brief for appellant. 
Jay P. McCloskey, United States Attorney, F. Mark Terison and 
Donald E. Clark, Assistant United States Attorneys, on brief for 
appellee.

 

 April 8, 1997
 

 Per Curiam. Upon careful consideration of the briefs 

and record, we conclude that defendant's sentence properly

was enhanced under U.S.S.G. 3A1.1(b). The district court's

findings adequately pointed to the victim's particular

vulnerability, including her advanced age and inability to

keep track of her finances, and to defendant's knowledge

thereof during the extended period of the offense. Those

findings were not clearly erroneous and sufficiently

supported the 3A1.1(b) enhancement. See United States v. 

Feldman, 83 F.3d 9, 15-17 (1st Cir. 1996). 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-